IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WINSTON MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:96cv137-T |
| | ) (WO) |
| JO ANNE BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on June 2, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that plaintiff's counsel's motion for allowance of attorney's fee under the Social Security Act (Doc. # 15) is GRANTED to the extent that the Commissioner is DIRECTED to pay to plaintiff's attorney the amount of $2,751.00 from plaintiff's withheld past due benefits and to pay the remainder of the withheld past-due benefits to the plaintiff.

DONE, this the 20th day of June, 2005.

                                                        /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE